Rose Allen et al., Appellants, v. Ben Mendelson et al., Doing Business under the Name of King John Food Center, Respondents.—

Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

Ralph Antonelli, Appellant, v. Wesley V. Labagh, Respondent.—

No opinion. Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

Julia Finn et al., Respondents, v. Mercy Hospital Association, Inc., et al., Appellants.—

No opinion. Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

Meyer Fogel, an Infant, by Joseph Fogel, His Guardian ad Litem, et al., Respondents, v. City of New York, Defendant, and Long Island Railroad Company et al., Defendants-Appellants.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.